

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 12, 2021

   LOS ANGELES COUNTY SUPERIOR COURT– GOVERNOR GEORGE DEUKMEJIAN COURTHOUSE
   275 MAGNOLIA AVENUE
   LONG BEACH, CA 90802

Re:  Case Number: _____2:21–cv–03180–MCS–KS_____
      Previously Superior Court Case No. _____21LBCV00122_____
      Case Name: _____Orlando Garcia v. Win–Win Hotel Investment Partners, Ltd. et al_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____5/12/2021_____, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

                Respectfully,

                Clerk, U.S. District Court

                By: _/s/ Linda Chai_
                    Deputy Clerk
                    Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                Clerk, Superior Court

                By: _____
_____
Date                               Deputy Clerk

CV–103 (05/18)     LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)